# JAMES KOUSOUROS
*ATTORNEY AT LAW*

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

June 18, 2021

**By ECF**

Hon. Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building & U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. William Hardee*, 21 Cr. 165 (VB)

Dear Judge Briccetti:

This letter is respectfully submitted on behalf of defendant William Hardee to request a 45-day adjournment of Mr. Hardee's sentence currently scheduled for July 9, 2021.

The requested adjournment will permit us to meet with Mr. Hardee at the Westchester County Jail, which has recently lifted restrictions on attorney-client visits and permit the undersigned to prepare a sentence submission on his behalf.

Assistant United States Attorney Benjamin Gianforti has no objection to this request.

Thank you for your courtesy and consideration.

Respectfully submitted,

/s/

James Kousouros, Esq.

c.c.

Benjamin A. Gianforti
Assistant United States Attorney

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 6/21/21
White Plains, NY

Sentencing is adjourned to: 8/25/21 at 11:00 AM. Defendant's sentencing submission due 2 weeks before sentencing. Government's submission due 1 week before sentencing.